# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
May 13, 2020

Lyle W. Cayce
Clerk

No. 19-50937
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

TONYA MIMS, also known as Tonya Lee Hanna, also known as Tonya
Valencia, also known as Tonya L. Mims, also known as Tonya Lee Mims,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:19-CR-107-1

Before JONES, HIGGINSON, and WILLETT, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Tonya Mims has moved for leave to
withdraw and has filed a brief in accordance with *Anders v. California*,
386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Mims has not filed a response. We have reviewed counsel's brief and the
relevant portions of the record reflected therein. We concur with counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 19-50937

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.